UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GENESA MENDES,

    Plaintiff,

v.

WINNCOMPANIES LLC,
    Defendant

C.A. NO. 1:23-CV-10417-FDS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41, Plaintiff Genesa Mendes and Defendant WinnCompanies LLC hereby stipulate that the above-captioned matter is dismissed with prejudice and without right to appeal. Each party shall bear his/her/its own attorneys' fees and costs.

Respectfully Submitted,

Genesa Mendes, Plaintiff

By her attorney,

/s/ Janet R. Ruggieri
Janet R. Ruggieri, BBO # 634431
Rudolf Smith, LLP.
446 Main Street, Ste 1503
Worcester, MA 01608
Tel. (508) 368-1820
Fax (508) 753-7662
ruggieri@murphyrudolf.com

Dated:  September 4, 2024

10

Defendant WinnCompanies LLC,

By their attorneys,

/s/ *Ellen E. Lemire*  
Ellen E. Lemire, BBO # 670994  
Littler Mendelson, P.C.  
One International Place, Suite 2700  
Boston, MA 02110  
Phone 617.378.6000  
Fax 617.737.0052  
elemire@littler.com

Dated: September 4, 2024

### Certficiate of Service

I, Janet Ruggieri, hereby that I have this day served a true and accurate copy of the foregoing pleading upon all parties of record via the ECF filing system and by email.

Date: September 4, 2024

/s/ *Janet Ruggieri*/